ACCEPTED
01-15-00101-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/13/2015 10:18:25 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00101-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/13/2015 10:18:25 PM

CHRISTOPHER A. PRINE
Clerk

——————◆——————

# No. 13-CR-3057

In the 405th District Court of
Of Galveston County, Texas

——————◆——————

BRIAN DARNELL JOHNSON
*Appellant*
v.
THE STATE OF TEXAS
*Appellee*

——————◆——————

APPELLANT'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLANT'S BRIEF

——————◆——————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW APPELLANT, by and through his attorney of record on appeal, Kevin Stryker, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the Appellant's brief in this case, and, in support thereof, presents the following:

1. In the 405th District Court of Galveston County, Texas, in cause number 13-CR-3057 Appellant was convicted of Aggravated Assault - Deadly Weapon in *The State of Texas v. Brian Darnell Johnson.*

2. On January 16, 2015, the trial court sentenced Appellant to forty years' confinement in the Texas Department of Criminal Justice, Institutional Division (TDCJ), for the offense of Aggravated Assault – Deadly Weapon.

3. Appellant timely filed written notice of appeal on January 16, 2015.

4. Appellant's brief is due on May 13, 2015.

5. This is Appellant's first motion for extension of time to file Appellant's appellate brief on the merits.

6. An extension of time in which to file the Appellant's brief is requested until at least July 13, 2015.

7. The facts relied upon to explain the need for this extension are:

    a. The issues on Appellant's appeal are numerous and complicated.

    b. The undersigned attorney also continues to fulfill his other responsibilities in representing dozens of defendants in felony and misdemeanor criminal matters.

    Consequently, the requested extension of time is necessary to permit the undersigned attorney to adequately research, prepare, and file Appellant's brief in this case.

8. Appellant's motion for extension of time to file Appellant's brief is not made for purposes of delay but so that justice may be done.

WHEREFORE, Appellant prays that this Court will grant an extension of time until at least July 13, 2015 for the undersigned attorney to complete and file Appellant's brief in this case.

Respectfully submitted,
/s/ Kevin Stryker

_____

**KEVIN B. STRYKER**
Attorney for Brian Johnson
SBN: 24037565
2600 South Shore Blvd., Suite 300
League City, Texas 77573
Phone: 409-632-0212
Fax: 1-888-252-3033
Email: Strykerlawfirm@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing instrument has been served upon Rebecca Klaren, Assistant District Attorney, Galveston County District Attorney's Office, at the following e-mail address, through the electronic service system provided by eFile.TXCourts.gov:

Rebecca.klaren@co.galveston.tx.us

/s/ Kevin Stryker

_____

**KEVIN B. STRYKER**
Attorney for Brian Johnson
SBN: 24037565
2600 South Shore Blvd., Suite 300
League City, Texas 77573
Phone: 409-632-0212
Fax: 1-888-252-3033
Email: Strykerlawfirm@gmail.com